**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| **GREGORIO TEJEDA,** | ) | Case No. 1:06-CV-00644-AWI-DLB |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **STIPULATION TO EXTEND** |
| **CON-AGRA FOODS, INC., a business** | ) | **DEADLINES IN** |
| **Entity, and DOES 1 through 50, inclusive,** | ) | **SCHEDULING ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation to Extend Deadlines in Scheduling Order. The Court finds that the extension is supported by good cause.

IT IS HEREBY ORDERED that this Court's Scheduling Order dated September 15, 2006 is amended as follows:

    Non-expert discovery deadline: June 29, 2007
    Non-dispositive motion deadline: August 10, 2007
    Dispositive motion deadline: August 15, 2007.

The other deadlines in the Scheduling Order shall remain unchanged.

Dated May 11, 2007.

                                                          /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE
                                                       DENNIS L. BECK