# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | | |
|---|---|---|
| **GREGORIO TEJEDA,** | ) | Case No. 1:06-CV-00644-AWI-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | STIPULATION TO STAY |
| **CON-AGRA FOODS, INC., a business** | ) | SCHEDULING ORDER |
| **Entity, and DOES 1 through 50, inclusive,** | ) | DEADLINES PENDING |
| | ) | MEDIATION |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation to Stay Scheduling Order Deadlines Pending Mediation. The Court finds that the parties' stipulation is supported by good cause.

IT IS HEREBY ORDERED that the deadlines contained in this Court's Amended Scheduling Order dated June 14, 2007 shall be stayed until October 31, 2007, pending mediation. The parties shall contact the court when mediation concludes and advise regarding the settlement status or the need to issue an amended scheduling order in the event the case is not settled.

Dated September 26, 2007.

                                                  /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DENNIS L. BECK |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |