# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | | |
|---|---|---|
| **GREGORIO TEJEDA,** | ) | Case No. 1:06-CV-00644-AWI-DLB |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER VACATING** |
| | ) | **PRETRIAL AND TRIAL** |
| **CON-AGRA FOODS, INC., a business** | ) | **DATES** |
| **Entity, and DOES 1 through 50, inclusive,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation to Vacate Pretrial Conference and Trial Date. The Court finds that the stipulation is supported by good cause.

IT IS HEREBY ORDERED that the pretrial conference and the trial date are vacated pending resolution of dispositive motions in this case. A new pretrial conference and trial date will be issued in the event the court finds that this case should proceed to trial after considering dispositive motions.

IT IS SO ORDERED.

Dated:  **April 28, 2008**          **/s/ Anthony W. Ishii**
                                                         UNITED STATES DISTRICT JUDGE