IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO TEJADA,<br><br>  Plaintiff,<br><br>  v.<br><br>CON-AGRA FOODS, INC., a business entity, and DOES 1 through 50, inclusive,<br><br>  Defendant. | CIV F 06-644 AWI DLB<br><br>ORDER VACATING JUNE 2, 2008, HEARING AND TAKING DEFENDANT'S SUMMARY JUDGMENT MOTION UNDER SUBMISSION |

  Defendant has noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on June 2, 2008. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than May 19, 2008. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 2, 2008, is VACATED, and no party shall appear at that time. As of June 2, 2008, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 20, 2008       /s/ Anthony W. Ishii
                   UNITED STATES DISTRICT JUDGE