IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORIO TEJADA,** ) | CIV F 06-644 AWI DLB |
| ) | |
| **Plaintiff,** ) | ORDER STRIKING |
| ) | PLAINTIFF'S JUNE 2, 2008, |
| v. ) | FILINGS |
| ) | |
| **CON-AGRA FOODS, INC., a business** ) | (Doc. Nos. 43 & 44) |
| **entity, and DOES 1 through 50, inclusive,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

Currently pending before the Court is Defendant's motion for summary judgment. On May 21, 2008, this Court vacated the June 2, 2008, 1:30 p.m. hearing on the motion. See Court's Docket Doc. No. 42. The order stated that Plaintiff had not timely filed an opposition, that a review of the documents showed that oral argument was not necessary, and that the matter would be taken under submission as of June 2, 2008. See id.

On June 2, 2008, at 2:50 p.m. and 2:52 p.m., Plaintiff filed an opposition to summary judgment and a declaration. See Court's Docket Doc. Nos. 43, 44. These documents are untimely since the matter had already been taken under submission, and Plaintiff neither provides an explanation for his untimely filing nor seeks permission to file late. Additionally, the opposition fails to comply with the local rules because Plaintiff did not reproduce and respond to

Defendant's proposed Undisputed Material Facts.  <u>See</u> Local Rule 56-260(b).  Because Plaintiff provides no explanation for his untimely filings, and because he has failed to comply with the local rules, the Court will not consider his opposition or declaration.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's late filed opposition and declaration, Documents 43 and 44, are STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   June 3, 2008**              /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE