IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORIO TEJADA,**  )<br>            )<br>    **Plaintiff,**  )<br>            )<br>    v.      )<br>            )<br>**CON-AGRA FOODS, INC., a business**  )<br>**entity, and DOES 1 through 50, inclusive,** )<br>            )<br>    **Defendant.**    )<br>            )<br>_____ ) | 1:06-CV-644  AWI DLB<br><br>ORDER RE-OPENING CASE,<br>ORDER FOR THE PARTIES<br>TO REPORT TO THE<br>MAGISTRATE JUDGE, and<br>ORDER ADDING COUNSEL<br>TO DOCKET |

On June 4, 2008, this Court granted summary judgment in favor of Defendant on all claims. See Court's Docket Doc. No. 46. On November 24, 2009, the Ninth Circuit affirmed in part and reversed in part that order. See id. at Doc. No. 63. The Ninth Circuit reversed only the grant of summary judgment with respect to Tejada's accommodation claim under California Government Code § 12940(m). See id. On December 16, 2009, the Ninth Circuit issued its mandate. See id. at Doc. No. 64. Since mandate has now issued, this case must proceed.

Additionally, on October 16, 2009, Plaintiff filed an association of counsel. See id. at Doc. No. 62. However, the associated counsel has not been added to the docket. The clerk will be directed to add Mr. Eric P. Escamilla as an attorney for Plaintiff so that Mr. Escamilla may be served with all pertinent papers.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall re-open this case;
2. The Clerk is directed to add attorney Eric P. Esamilla (see Court's Docket Document No. 62) to the docket as a counsel for Plaintiff;
3. The parties are to contact the Magistrate Judge within twenty (20) days of service of this order for the purpose of setting a pre-trail conference date, a trial date, and (if the parties believe it would be productive) a settlement conference date.

IT IS SO ORDERED.

Dated:    **January 7, 2010**                    /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE