**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| **GREGORIO TEJEDA,** | ) | Case No. 1:06-CV-00644-AWI-DLB |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **STIPULATION FOR NEW** |
| **CON-AGRA FOODS, INC., a business** | ) | **SCHEDULING ORDER** |
| **Entity, and DOES 1 through 50, inclusive,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation for New Scheduling Order. The Court finds that the Stipulation is supported by good cause.

IT IS HEREBY ORDERED that the following deadlines shall apply to these proceedings:

**Discovery cutoff date:**  The parties are ordered to complete discovery on or before June 30, 2010.

**Dispositive motion deadline:**  All dispositive pre-trial motions shall be filed no later than July 23, 2010.

**Settlement Conference:**  September 30, 2010 at 10:00am before Honorable Dennis L. Beck, U.S. Magistrate Judge.

IT IS SO ORDERED.

Dated:  **May 27, 2010**                         /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE