IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORIO TEJADA,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CON-AGRA FOODS, INC., a business entity, and DOES 1 through 50, inclusive,**<br><br>　　　　**Defendant.** | 1:06-CV-644  AWI DLB<br><br>ORDER VACATING ALL DATES DUE TO NOTICE OF SETTLEMENT AND SETTING JULY 21, 2010 AS DATE FOR FILING FINAL NOTICE OF DISMISSAL |

　　　　On June 30, 2010, the parties filed a notice of settlement.  The parties inform the Court that they anticipate finalizing the settlement and filing dismissal papers by July 21, 2010.  The parties request that the Court hold the matter "in abeyance" until the dismissal papers are filed. In light of the settlement, the Court will vacate all currently pending dates, including the trial date, and set a date for the parties to file the final stipulated dismissal.  See Local Rule 16-160.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1.　All currently pending dates in this matter are VACATED;

2.　The parties shall file a final stipulation for dismissal as soon as possible, but no later than July 21, 2010.

IT IS SO ORDERED.

Dated:　July 1, 2010　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE