IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO TEJADA,<br><br>    Plaintiff,<br><br>    v.<br><br>CON-AGRA FOODS, INC., a business entity, and DOES 1 through 50, inclusive,<br><br>    Defendant. | 1:06-CV-644  AWI DLB<br><br>**ORDER DATE FOR FILING FINAL NOTICE OF DISMISSAL TO JULY 28, 2010** |

    On June 30, 2010, the parties filed a notice of settlement.  On July 1, 2010, pursuant to the notice of settlement, the Court set a deadline of July 21, 2010, for the parties to file final dismissal papers.  On July 19, 2010, the parties informed the Court that the settlement agreement has essentially been finalized, but additional time is needed to obtain signatures and to process the settlement check.  The parties request an extension of the settlement deadline to July 28, 2010.  The Court will give effect to the stipulation.

    Accordingly, IT IS HEREBY ORDERED that the parties shall file a final stipulation for dismissal as soon as possible, but no later than July 28, 2010.

IT IS SO ORDERED.

Dated:  July 20, 2010

                                               CHIEF UNITED STATES DISTRICT JUDGE